**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Connie Marie Moore and John Elton Lacey, Defendants,

Of whom John Elton Lacey is the Appellant.

In the interest of a minor under the age of eighteen.

Appellate Case No. 2019-001467

───────────────

Appeal From Chesterfield County
Cely Anne Brigman, Family Court Judge

───────────────

Unpublished Opinion No. 2020-UP-111
Submitted April 3, 2020 – Filed April 22, 2020

───────────────

**AFFIRMED**

───────────────

Nancy Carol Fennell, of Irmo, for Appellant.

Cody Tarlton Mitchell, of Lucas Warr & White, of Hartsville, as Guardian ad Litem for Appellant.

Delton W. Powers, Jr., of Powers Law Firm, PC, of Bennettsville, for Respondent.

C. Heath Ruffner, of McLeod & Ruffner, of Cheraw, for
the Guardian ad Litem for the minor child.

---

**PER CURIAM:**  John Elton Lacey appeals the family court's final order
terminating his parental rights to his minor child.  *See* S.C. Code Ann. § 63-7-2570
(Supp. 2019).  Upon a thorough review of the record and the family court's
findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C.
465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing.
Accordingly, we affirm the family court's ruling and relieve Lacey's counsel.

**AFFIRMED.**[1]

**HUFF, THOMAS, and MCDONALD, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.